**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

**CIVIL ACTION NO. 5:24-cv-00237-KKC**

*ELECTRONICALLY FILED*

**CHURCH MUTUAL INSURANCE COMPANY**　　　　　　　　**PETITIONER**

v.

**"FIRST CHURCH OF GOD", INC.,**　　　　　　　　**RESPONDENTS**
**WINCHESTER, KENTUCKY**
**and**
**CLARK COUNTY CHRISTIAN SCHOOL, INC.**

**NOTICE OF VOLUNTARY DISMISSAL UNDER Fed. R. Civ. P. 41(a)**

\* \* \* \* \*

Petitioner, Church Mutual Insurance Company ("Church"), through counsel, pursuant to Fed. R. Civ. P. 41(a), gives notice of its voluntary dismissal WITHOUT PREJUDICE of the Petition For Declaratory Relief To Appoint Umpire And Instruct Appraisal Panel [Doc. 1] (the "Petition"). Church gives notice that the Petitioner and Respondents, through each's respective appraisers, have reached an agreement on the appointment of an umpire and the selected umpire has accepted the assignment. Therefore, the relief sought under the Petition is now moot.

Church reserves all rights with respect to the appraisal and any award which may be determined, including but not limited to those arising under the relevant insurance policy and applicable law.

Dated this the 25th day of September, 2024.

                        Respectfully submitted:

                        */s/ Matthew D. Ellison*
                        **MATTHEW D. ELLISON**
                        Fowler Bell PLLC
                        300 W. Vine Street, Suite 600
                        Lexington, KY 40507-1751
                        (859) 252-6700
                        (859) 255-3735 fax
                        mellison@fowlerlaw.com
                        **COUNSEL FOR PETITIONER,**
                        **CHURCH MUTUAL INSURANCE COMPANY**

**Copies via U.S. mail to:**

**Allan Hutchinson, Registered Agent**
**First Church of God Inc., Winchester, Kentucky**
**2500 Colby Road**
**Winchester, KY 40391**

**Pat Smith, Registered Agent**
**Clark County Christian School, Inc.**
**2500 Colby Road**
**Winchester, KY 40391**

4881-5027-8633, v. 1/1771.00071

                        2